RTBL$^e$ on the first monday in may 1810.

*Geo: Meldrum
    & W$^m$ Park*

          *vs*

*Gabriel Richard* S
    *& Henry Berthelet* S

E. Brush att$^y$ for ptffs—

TERRITORY OF MICHIGAN
DISTRICT OF HURON & DETROIT ⎱ THE UNITED STATES *of America to the Marshall of the district of Huron & Detroit:*

You are hereby commanded that you take Gabriel Richard & Henry Berthelet, if to be found within your district, and them Safely Keep So that you have their bodies before our judges of our district court at Detroit, on the first monday in may next; then & therein our Said court, before our judges to answer George Meldrum & William Park in a plea of trespass on the case, to the damage of the Said George Meldrum & William Park, as they Say, eight hundred dollars which Shall then & there be made to appear, and of this writ make due return. WITNESS Jacob Visger, Chief judge of our Said court, the twenty Second day of march one thousand eight hundred ten

PETER AUDRAIN   clk

[Indorsement]

I have taken the bodies of the Dft⁵ & have them present in court in obedience to this writ.

Serv . . . . . . . $4.
mil . . . . . . . .   37½